AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Loyd Edward Perry | ) | |
| | ) | 4:24-mj-00117-DKG |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____05/01/2024_____ in the county of _____Bonneville_____ in the

_____ District of _____Idaho_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1466A(b)(1) | Obscene Visual Representation of the Sexual Abuse of Children |

This criminal complaint is based on these facts:

See the Attached Affidavit if Support of a Probable Cause Arrest by Senior Investigator Ken Boals.

☑ Continued on the attached sheet.

*Ken Boals*
_____
*Complainant's signature*

Ken Boals, Senior Investigator, Idaho Attorney General's Office
_____
*Printed name and title*

Sworn to before me telephonically and signed electronically via teleconference with the identity of the Complainant vouched for by Assistant United States Attorney ___David G. Robins___ in accordance with the requirements of Fed. R. Crim. P. 4.1.

Date: _____05/02/2024_____

_____
*Judge's signature*

City and state:        Boise, Idaho

Honorable Debora K. Grasham, United States Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A PROBABLE CAUSE ARREST

I, Investigator Ken Boals, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AFFIANT BACKGROUND

1.      I am a duly sworn peace officer with the Idaho Attorney General's Office.  I have been employed by the Idaho Attorney General's office for approximately 9 years and I have been a sworn law enforcement officer in Idaho for approximately 24 years. I successfully completed the Idaho Peace Officer Standards and Training in Meridian, Idaho and hold a State of Idaho Master Level Law Enforcement Certificate.  I am currently assigned as a Senior Investigator to the Internet Crimes Against Children (ICAC) Unit.  I have received a Special Federal Deputation with the United States Marshal Service to investigate crimes against children and I am responsible for enforcing federal, state and local criminal statutes. As a Special Deputy United States Marshal, I am authorized to apply for federal search warrants under Federal Rule of Criminal Procedure 41.

2.      During my tenure as a certified law enforcement officer, I have directed and/or participated in several investigations involving crimes against children. Surveillance, undercover operations, search warrants, interviews, and polygraph are investigative techniques I have employed when investigating crimes against children.

3.      I have received specialized training in child crime investigations that relate to the enticement of minors using the internet or other communication devices. This training specifically covers the investigation of persons who use computers and electronic devices to aid in the possession, sharing and distribution of child pornography. I am a certified polygraph examiner with the Idaho State Sex Offender Management Board (SOMB). Specifically, I have received specialized polygraph training on test methodology related to sex offenders and crimes

1

against children.  As part of my training and experience, I have reviewed numerous images and video depicting sexually exploitative material. I currently have over 3000 hours of specialized training through the Idaho POST Academy. The ICAC Task Force is responsible for conducting various undercover online investigations, responding to complaints regarding children sexually exploited via the Internet, conducting community education programs, and monitoring the Internet for the distribution and trading of child pornography files and obscenity directed at minors.

4.      I have received specialized training regarding the on-line sexual exploitation of children. The courses that I have attended / completed cover the investigation of persons who use computers and electronic devices, including cellular telephones, to aid in the possession, sharing, and distribution of child pornography and other obscene images and videos, as well as those that use the Internet to entice and solicit children for sexual acts.

5.      I have spoken with investigators from federal, state, and local agencies who are knowledgeable regarding the methods and means used by individuals who buy, sell, trade, send and/or receive child pornography via the Internet and they have related their personal knowledge and provided me with insight as to the manner in which evidence of these crimes is kept. During the course of my duties, I have personally viewed sexually explicit pictures of children, depicting them in the nude, in sexually provocative poses, in lewd poses, and in poses depicting various sexual acts.  I have also seen photographs, digital photographs, and videos of children engaged in oral copulation and sexual intercourse.  I have also investigated crimes involving the obscene visual representations of the sexual abuse of children.

//

//

2

## SUMMARY OF PROBABLE CAUSE

17.     I received a CyberTip from an AI image generating platform. I opened the CyberTip (pursuant to a previously issued warrant) and discovered images that depicted the obscene visual representations of the sexual abuse of children. I incorporate by reference Exhibit 1 previously submitted to this Court in search warrant application 24-mj-00110-DKG.

18.     On May 1, 2024, I executed a search warrant for Loyd Perry and his residence. During the search of his residence, I found digital devices that contained obscene visual representations of the sexual abuse of children. These digital devices travelled in and affected interstate commerce. I also found additional evidence indicating that Perry is involved in voyeuristic activity. I arrested Mr. Perry, and now submit this affidavit to the Court for purposes of authorizing his continued arrest.

## PROBABLE CAUSE

*This case was initiated by a CyberTip. An AI imagery generating company reported the Loyd Perry was using AI to generate obscene visual representations of the sexual abuse of children.*

19.     This case began with a CyberTip from the Cyber Tip-line operated by National Center for Missing and Exploited Children (NCMEC).[1] A CyberTip came from an company that

---

[1] The "Cyber Tip-line" is operated by NCMEC. According to its website, "NCMEC is a non-profit 501(c)(3) corporation whose mission is to help find missing children, reduce child sexual exploitation, and prevent child victimization. Since 1984, NCMEC has served as the national clearinghouse and resource center for families, victims, private organizations, law enforcement and the public on issues relating to missing and sexually exploited children." NCMEC launched the Cyber Tip-line in 1998 to further their mission of helping prevent and diminish the sexual exploitation of children. The Cyber Tip-line receives leads and tips, pursuant to 18 U.S.C. § 2258A, regarding suspected crimes of sexual exploitation committed against children. The reports to the Cyber Tip-line are made by the public, Electronic Service Providers, and Internet Service Providers. NCMEC forwards the Cybertips to the FBI, HSI, U.S. Postal Inspection Service, U.S. Secret Service, military criminal investigative organizations, U.S. Department of Justice, Internet Crimes Against Children Task Force program, as well as other state and local law enforcement agencies. 18 U.S.C. § 2258A mandates electronic communication service or remote computing service providers to submit to the Cyber Tip-line knowledge of facts or circumstances from which there is an apparent violation of 18 U.S.C. §§ 2251, 2251A, 2252, 2252A, 2252B, or 2260 that involves child pornography, or violations of 18 U.S.C. § 1466A. Upon submission of the report, Providers are required to preserve the contents of the report for 90 days. Electronic Service Providers (ESPs), including Google, and others, each have mechanisms to identify images of child pornography or obscene visual representations of the sexual abuse of children electronically. These mechanisms can include comparisons of "hash values," also known as a "digital fingerprint" of images, to those from known images

provides artificial intelligence (AI) drawn/generated images. The AI engine relevant in this application is operated by BashTech, LLC. This investigation involves a CyberTip 171118255 from BashTech, LLC ("BashTech").

20.     BashTech enables its users to use its platform, Bashable.art, to obtain generative artificial intelligence produced images. Artificial intelligence (AI) can be used to generate an image that is not the work of a human artist. This type of image is called an "AI-generated image" or "AI images". AI images can be realistic or abstract and can also convey a specific theme or message. Users often tell a computer what to create with prompts, and then can tell a computer features they do not want to see in a picture known as a negative prompt. There are several possible computer programs that create AI images. One such application is operated by BashTech, LLC, and it is called Bashable.art. On Bashable.art, users can create AI generated images with the tools provided on BashTech's platform.

21.     BashTech offers this as a paid service. There are multiple price plans available to generate AI images on the platform and billing is determined by actual process time by the user. BashTech provides the following warning on the platform if you enter "Unrestricted Mode":

> Be aware that we do monitor generated content. We will comply with requests from authorities regarding any content that violates relevant national, federal, state, local, or international law or regulations. We reserve the right to terminate access without notice or refunds, delete

and videos of child pornography. When a CyberTip is made to NCMEC, certain information is included in the CyberTip. This commonly includes: The file name of the suspected illegal image(s); The date and time the image(s) were located by the provider; The service upon which the suspected illegal image(s) were uploaded, downloaded, or transferred; The subscriber's user name; The IP address from which the illegal image(s) were uploaded, downloaded, or transferred and other IP addresses from which the account was logged in from, and geolocation information about the IP addresses; Whether the provider reviewed the file(s); and Copies of the file(s) are provided with the CyberTip. Providers who submit CyberTips often have employees who personally view the suspected illegal images to determine if they constitute child pornography under federal law. Upon receiving the CyberTip, NCMEC creates a CyberTip report, which is then forwarded to the local law enforcement agency that is assigned to receive CyberTips. The CyberTip includes the report and the files, images, or videos which are the basis of the CyberTip, so that law enforcement can review the images and confirm they constitute child pornography. CyberTips are most often referred from NCMEC to the local ICAC task force.

content, and report activity at our discretion to authorities. Content that may be considered Child Sexual Abuse Material (CSAM) will result in suspension and reporting to NCMEC. You are solely responsible for any consequences from the use, or inability to use, any content that you create using provided tools. For more information, please see our Terms and Conditions.

I know that BashTech, LLC is headquartered at 1309 Coffeen Ave., Ste. 1200, Sheridan, WY 82801. Based on this warning (and the CyberTip described below), it appears that Bashable.art can create a variety of imagery with no limitations on the front end of the application.

22.    On September 25, 2023, NCMEC provided the Idaho Attorney General's Office with Cybertip 171118255. This Cybertip from BashTech, LLC reported 1110 AI generated images as "Apparent Child Pornography".

23.    BashTech reported the user as "Loyd E Perry" with the email of "evilkandy666@gmail.com" and username of "Kandy". The IP address used to upload the reported images 174.27.140.87. I sought to investigate this IP address. I determined, used a reliable and accurate database, that the IP address was administered by Lumen. The electronic service provider Lumen, in response to legal service, informed me that the IP address was used by Loyd E. Perry at 3316 W 17th N, Idaho Falls, Idaho.

24.    Police records further show Loyd Edward Perry is a registered sex offender currently residing at the above address. Perry was convicted in Bannock County Idaho for Sexual Abuse of a Child Under 16 in violation of Idaho Code § 18-1506 and received a 15-year prison sentence on November 4, 2002. Local records indicate Perry was investigated by the Pocatello Police Department in 2001 for touching a 13-year-old female that was sleeping at a cheerleading camp hosted by Idaho State University.

25.    I reviewed the complete report submitted by BashTech and noted a written description is included with each reported image. Each reported image provides a Filename, User

5

name, email address, and a brief description of the image and prompts given by the user (or in this case, I submit it is likely to be the suspect Loyd E. Perry). The information provided in the CyberTip is as follows:

- File Name: 64d8c79d33525c7d66c1b80a-1692182814594-cd3EAaty-4.png{'_id': '64dca91e3c135b18654516c3', 'user_id': '64d8c79d33525c7d66c1b80a', 'username': 'Kandy', 'email': 'evilkandy666@gmail.com', 'prompt': 'large group of girls who are age 11 years old are taking a shower, terrified and shocked 10 year old little nude girl is laying down on her back laying on the floor in the bathroom, pink panties on the floor, sex toys are on the floor', 'negative_prompt': 'child, anime, cartoon, sketch, animation, drawing, 3d, '}

- File Name: 64d8c79d33525c7d66c1b80a-1692182692741-uhrQoghz-2.png{'_id': '64dca8a53c135b186545164a', 'user_id': 64d8c79d33525c7d66c1b80a, 'username': 'Kandy', 'email': 'evilkandy666@gmail.com', 'prompt': 'background is group of 11 year old girls taking a shower, terrified and shocked 10 year old little nude girl is laying down on her back laying on the floor in the bathroom, pink panties on the floor, sex toys are on the floor', 'negative_prompt': 'child, anime, cartoon, sketch animation, drawing, 3d, '}

26.     The prompts, as reported in the CyberTip, suggest that the user was attempting to create obscene visual representations of the sexual abuse of children. Prompts define the parameters of what the AI should create. He entered, "'background is group of 11-year old girls taking a shower, terrified and shocked 10 year old little nude girl is laying down on her back laying on the floor in the bathroom, pink panties on the floor, sex toys are on the floor'. The negative prompts included, "'child, anime, cartoon, sketch, animation, drawing, 3d". Negative prompting is specifying what a user does not want in the image. Here, it appears the user was

6

attempting to avoid child, anime (a type of cartoon), cartoons, and drawings. This indicates he wanted the images to be lifelike. I note for the Court that he did include the negative prompt "child". This would indicate that the suspect was not looking for children. However, I submit that this was probably a negative prompt to remove young children (children younger than ten years old), as he included specific prompts for "terrified and shocked 10 year old little nude girl is laying down on her back laying on the floor in the bathroom, pink panties on the floor, sex toys are on the floor". It appears he was not using "child" in the sense of younger than 18 years of age.

27.    The Cybertip contained the prompts as noted above. Along with the written report in the Cybertip, the Cybertip contained 1,110 images. The Cybertip contained additional details. According to the CyberTip report, between August 15, 2023 and August 18, 2023, a BashTech user with the User name "Kandy" and email address evilkandy666@gmail.com downloaded 1,110 images from Bashable.art that Bashable.art reported to NCMEC as containing child sexual abuse materials. Upon receiving this Cybertip, NCMEC classified this as apparent child pornography (listed as unconfirmed by NCMEC). Please note, I do not believe that the images downloaded were actually child pornography. In my experience, I submit that NCMEC had not viewed the images and categorized them based on the Cybertip from Bashable.art. *I secured a search warrant to view the contents of the CyberTip. It contained obscene visual representations of the sexual abuse of children.*

28.    On March 18, 2024, I was granted a search warrant by Judge Debora K. Grasham to view the 1,110 file images included in the reported Cybertip 171118255. All the images appear consistent with the prompts used in the descriptions to create obscene depictions of child pornography. I separated 183 images from the 1,110 obscene depictions that appear to be a

violation of 18 U.SC. § 1466A(b)(1),Obscene Visual Representations of the Sexual Abuse of Children. The following is a description of two images I reviewed from the 183 images.

- File Name: 8f9b8807532f6e5882d16df577a64f5f: This image depicts a female child approximately 10 years of age. The child has shoulder length blond hair with a pink bow. The child is completely nude laying on a purple blanket. The child has her legs pulled up exposing her breasts and vagina which is the focus of the image.

- File Name: a2d07747bd6519ad1679c4d2c4d2c4b6204f: This image depicts a female child approximately 10 years of age. The child is standing in a hallway of a home facing the camera with her tongue out. The child has shoulder length brown hair and is completely nude except for black stockings. It appears there is a pink penis shaped sex toy between her legs near her nude vagina which is the focus of the picture.

A sample of images taken pursuant to the warrant and contained in the CyberTip were previously submitted for review to this Court as Exhibit 1 in search warrant application number 24-mj-00110-DKG. Here, I incorporate by reference this exhibit for purposes of this affidavit.

29.    Given the facts of this investigation, I applied to the Court for authorization to search Mr. Perry's residence and person for evidence associated with the crime of obscene visual representations of the sexual abuse of children in case number 24-mj-00110-DKG. This search warrant authorized the search of Loyd Perry's residence located at 3316 W 17th N in Idaho Falls. The residence is depicted as:



The warrant also authorized the search of Loyd Perry, who appears as:



*On May 1, 2024, I executed the search warrant on Mr. Perry and his residence. I discovered digital devices that contained obscene visual representations of the sexual abuse of children.*

30.     On May 1, 2024, the ICAC Task Force served a search warrant on Loyd Edward Perry (hereafter referred to as "PERRY") at his residence located at 3316 W 17th N Idaho Falls. PERRY answered the door when I knocked, and I explained that I had a search warrant for his

9

person and the residence. PERRY's father was also at the residence and was asked to step outside while a brief safety sweep was conducted in the residence. I asked PERRY if he would be willing to go down to the Sheriff's Office where we could discuss the search warrant and he said that would be fine. It was determined Loyd Edward PERRY was living in the basement level of the residence and his father was residing upstairs.

31.     After arriving at the Bonneville County Sheriff's Office, Detective Irena Leach and I sat down to speak with PERRY. I read PERRY his Miranda Rights and asked if he understood them. PERRY said he did understand his Rights and signed the form. PERRY then said he wanted to invoke his rights and not speak to me. I told PERRY that we would no longer speak with him since he elected to remain silent and ended the interview.

32.     Investigators located 18 items of interest while searching the residence. Forensic Detective Kyle Christopherson triaged (a form a field computer analysis) a black HP Desktop computer with serial number 2M03432VBP. Given the location of where this computer was located in the residence, I submit that it is probable this computer belongs to PERRY (the computer was found in PERRY's bedroom). The initial triage located 17 possible images of nudity. The following descriptions are three of the images located which appear to be AI generated. These images are consistent with the 1,110 images reported by the AI company BashTech in Cybertip 171118255.

> a.     File name:   F:\pp\pixai-1698911419380964509-1.png
>
> This image depicts three female children approximately 9 to 11 years of age. All three children are on a bed with a blue sheet and completely nude. All three of the children have short brown hair and have very little breast

development. One child is kissing the other, while the third child has her hand on the vagina of the child being kissed.

b.  File name: F:\pp\pixai-1698922683265684521-3.png

This image depicts a female child approximately 10 years of age with shoulder length brown hair laying on a bed completely nude. There is a brown headboard and pink bedspread on the bed. The child is laying on here back and has a penis shaped sex toy inserted in her vagina.

c.  File name: F:\pp\pixai-1698924924138066456-1.png

This image depicts two female children approximately 8 to 10 years of age. The children both have shoulder length brown hair and are laying side by side on a couch pullout. The child on the left is looking at the other child that appears to have a sex toy with a connecting rope inserted in her vagina.

33.  A triage of Loyd's browser search on this computer indicates hundreds of searches for child related material. Many of the following searches were from imgsrc.ru which is a Russian site well know to contain child sexual abuse material.

34.  Detective Christopherson triaged a black key fob located in PERRY's bedroom which contained a hidden camara. This device is a camera that also contains storage. There were multiple videos of young teenage females that appear to be approximately 15 years of age and the videos all focus on the breast and groin areas of the females without their knowledge. Detective Christopherson believes the videos were taken at the Grand Teton Mall in Idaho Falls. This would be consistent with records indicating Loyd is employed in sales for the Green Tea Company located in this Mall.

11

35.     Investigator Lockwood triaged PERRY'S phone (Android SM-S146VL) which was in PERRY's bedroom. On this device, law enforcement found images of obscenity depicting the sexual abuse of children I viewed the below image which appears to be an AI generated image.

      a.     File/pathzip/data/data/com.google.android.apps.messaging/cache/image_mana ger_disk_cache/20b64e0b1c97ae781259f378ccecc111f5b3de99b5beb0eb272b 4656d38de5a8. This image depicts a female child approximately 10 to 12 years of age standing in the woods completely nude. The child's face and body is covered in blood and her breasts and genitals are exposed. The image appears to be sadistic in nature.

There were multiple search archives on the phone indicating searches for pre-teen located during the triage. Browser history shows several searches for Bashable Art which are associated with the Cybertip images received from BashTech.

36.     Your affiant knows, based on training and experience, that these digital devices upon which the obscene visual representation of the sexual abuse of children were found, travelled in and affected interstate commerce. I also know that these images were created and transported using the internet, which is a means and facility of interstate commerce.

## CONCLUSION

37.     I submit there is probable cause to issue an arrest warrant and further detain Mr. Loyd Perry.

12

Respectfully submitted,

_Ken Boals_

_____

Investigator Ken Boals
Office of the Attorney General
Idaho ICAC Unit

Sworn and subscribed to via Zoom
on this 2nd day of May, 2024.

_____

HONORABLE DEBORA K. GRASHAM
UNITED STATES MAGISTRATE JUDGE

13